```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

ELIZABETH PRESUMEY,            :
                               :
    Plaintiff,                 :
                               :
v.                             :     CASE NO. 3:15cv278(DFM)
                               :
TOWN OF GREENWICH              :
BOARD OF EDUCATION,            :
                               :
    Defendant.                 :

FILED
2017 MAY 17  P 4: 39
US DISTRICT COURT
HARTFORD CT

## JURY VERDICT FORM

**LIABILITY**

We, the jury, unanimously find:

1. Has the plaintiff proven by a preponderance of the evidence that she is physically disabled under the Connecticut Fair Employment Practices Act?

   Yes ✓   No ___

2. Has the plaintiff proven by a preponderance of the evidence that she is disabled under the Americans with Disabilities Act?

   Yes ✓   No ___

3. Has the plaintiff proven by a preponderance of the evidence that she could perform the essential functions of her job with reasonable accommodation?

   Yes ✓   No ___

Your deliberations are complete and the foreperson should sign, date and return the verdict form.

Dated:   5/17/17                    _____
                                          Foreperson

COURT'S
5/17/17 EXHIBIT AKW
2
3:15cv278 (DFM)