UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELISABETH PRESUMEY | : | |
| | : | |
| VS. | : | NO. 3:15cv278(DFM) |
| | : | |
| TOWN OF GREENWICH, | : | |
| BOARD OF EDUCATION | : | AUGUST 29, 2017 |

**REQUEST TO SCHEDULE DAMAGES TRIAL**

The parties have been unable to settle this case. Accordingly, the plaintiff respectfully requests that the court schedule a date for a trial on damages.

        THE PLAINTIFF

BY:     */s/*     *(ct00215)*
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203.562.9931
      Fax: 203.776.9494
      jrw@johnrwilliams.com
      Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                           */s/      (ct00215)*
                                           JOHN R. WILLIAMS