United States District Court
District of Connecticut
FILED AT HARTFORD
July 3, 2019
Roberta D. Tabora, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ELISABETH PRESUMEY           :

v.                           :         CASE NO.  3:15CV278  (DFM)

TOWN OF GREENWICH
BOARD OF EDUCATION           :

## AMENDED JUDGMENT

This action came to trial before a jury and the Honorable Donna F. Martinez, United States Magistrate Judge. The issues having been tried and the jury having returned a verdict in favor of the plaintiff and Judge Martinez held an evidentiary hearing as to damages and issued a ruling as to damages and the plaintiff was awarded back pay of $103,717.01, compensatory damages of $75,000.00 and attorney's fees of $36,950.00.

The defendant, Town of Greenwich appealed the District Court's decision and on appeal, the United States Court of Appeals for the Second Circuit affirmed the judgment in the District Court, the plaintiff incurred $19,850.00 in attorney's fees concerning the appeal and as a result, the parties jointly stipulated that the final judgment in the amount of $235,517.01 shall enter in favor of the plaintiff,

It is hereby, ORDERED, ADJUDGED and DECREED that the final judgment be and is hereby entered in favor of the plaintiff, Elisabeth Presumey against the defendant, Town of Greenwich, Board of Education.

Dated at Hartford, Connecticut, this 3rd day of July, 2019.

ROBIN D. TABORA, CLERK

By: /s/ RKW
    Robert K. Wood
    Deputy Clerk

EOD-7/9/19